IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| PEDRO JUAREZ, | ) |
| | ) |
|    Plaintiff, | ) |
| | ) |
| V. | )   CIVIL ACTION NO. SA-17-CA-756-FB |
| | ) |
| WELLS FARGO BANK, N.A., | ) |
| | ) |
|    Defendant. | ) |

## JUDGMENT

The Court has considered the Judgment to be entered in this case. Pursuant to the Order Accepting the Report and Recommendation of the United States Magistrate Judge signed this date,

IT IS ORDERED, ADJUDGED and DECREED that the Report and Recommendation of the United States Magistrate Judge (docket no. 7) is ACCEPTED pursuant to 28 U.S.C. § 636(b)(1) such that Defendant's Motion to Dismiss (docket 3) is GRANTED and plaintiff's claims are DISMISSED WITH PREJUDICE to the re-filing of same. All costs shall be taxed against plaintiff.

IT IS FURTHER ORDERED, ADJUDGED and DECREED that motions pending with the Court, if any, are Dismissed as Moot and this case is CLOSED.

It is so ORDERED.

SIGNED this 5th day of March, 2018.

_____
FRED BIERY
UNITED STATES DISTRICT JUDGE